Slip Op. 09-21

# UNITED STATES COURT OF INTERNATIONAL TRADE

| | |
|---|---|
| CORUS STAAL BV, | : |
| Plaintiff, | : |
| v. | : |
| | : Before: Judith M. Barzilay, Judge |
| UNITED STATES AND UNITES STATES DEPARTMENT OF COMMERCE, | : Court No. 07-00221 |
| Defendants, | : |
| and | : |
| UNITED STATES STEEL CORPORATION AND ARCELORMITTAL USA INC., | : |
| Defendant-Intervenors. | : |

## **JUDGMENT**

Upon consideration of Defendant U.S. Department of Commerce's ("Commerce") *Final Results of Redetermination Pursuant to Court Remand* filed on February 20, 2009, the court's opinion in this action on December 29, 2008, and all other papers filed and proceedings conducted in this civil action, it is hereby:

**ORDERED** that Commerce's use of zeroing to recalculate Plaintiff Corus Staal's ("Corus") dumping margin during the subject administrative review is AFFIRMED; and it is further

**ORDERED** that Commerce's instructions to U.S. Customs and Border Protection ("Customs") to levy antidumping duties on entries of the subject merchandise made by Corus during the fourth administrative review is AFFIRMED; and it is further

**ORDERED** that Commerce's *Final Results of Redetermination Pursuant to Court Remand* concerning the issue of duty absorption is AFFIRMED.


Dated: <u>March 24, 2009</u>                                                                   <u>  /s/ Judith M. Barzilay     </u>
           New York, NY                                                                        Judith M. Barzilay, Judge